**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1967**

JOSEPH CRUSSIAH,

        Plaintiff - Appellant,

    v.

CAROL ATTIA; ANTHONY MACARTHY; ASMIR SYED; LUC OKE; ANJANA DHAR,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge. (8:15-cv-02516-PX)

Submitted: January 31, 2017      Decided: February 2, 2017

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph Crussiah, Appellant Pro Se. Kristen Nichole Nesbitt, Lucas William Chrencik, GOODELL DEVRIES LEECH & DANN, LLP, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Crussiah appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Crussiah v. Attia, No. 8:15-cv-02516-PX (D. Md. July 26, 2016). We deny Crussiah's motion for judicial notice and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED